JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/3/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>Defendant. | Case No.: 2:17-cv-8735 FMO (GJSx)<br><br>**ORDER ON AMENDED JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

|   |   |
|---|---|
| 1 | Having considered the Amended Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 68) (the "Amended Stipulation"), and good cause appearing, the Court hereby **GRANTS** the Amended Stipulation and **ORDERS** as follows: |

Having considered the Amended Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 68) (the "Amended Stipulation"), and good cause appearing, the Court hereby **GRANTS** the Amended Stipulation and **ORDERS** as follows:

Plaintiff Joshua Joseph's individual claims in the above-captioned case are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal shall not affect the claims of any other putative class members in this action, as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each Party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 3, 2019

_____/s/_____
Fernando M. Olguin
United States District Judge